# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2008

135860 & (74)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK STEVEN UNGER,
      Defendant-Appellant.

SC:  135860
COA:  272591
Benzie CC:  05-001955-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 12, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals because the criteria set forth in AO 2004-6, Standard 4, do not apply to criminal defendants who are represented by retained counsel, and we REMAND this case to the Court of Appeals for reconsideration, under the proper standard, of the defendant's motion for leave to file a supplemental brief (including a motion to remand for an evidentiary hearing) and his motion to adjourn oral argument.

      We do not retain jurisdiction.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2008

Clerk

t0305